**In the Matter of the Application for the DISCIPLINE OF Roger L. OLDEN-KAMP, an Attorney at Law of the State of Minnesota.**

**No. C2–85–1329.**

Supreme Court of Minnesota.

Sept. 30, 1985.

### ORDER DENYING PETITION FOR TEMPORARY SUSPENSION

WHEREAS, the above-entitled matter is before this court upon the application of the Director of Lawyers Professional Responsibility; and

WHEREAS, it appears to this court that the continued practice of law by respondent, Roger L. Oldenkamp, pending outcome of the disciplinary proceeding against him, does not pose a risk of injury to the

public as required for a temporary suspension under Minn.R.Law.Prof.Resp. 16; and

WHEREAS, it further appears to this court that a temporary suspension of the respondent is unnecessary when disciplinary proceedings have already been referred to a referee for findings;

NOW, THEREFORE, IT IS ORDERED that the petition of the Director of Lawyers Professional Responsibility for the temporary suspension of Roger L. Oldenkamp from the practice of law in the State of Minnesota is hereby denied.